**UNITED STATES of America,**
Plaintiff—Appellee,

v.

**Patrick Lamar HARRIS, Defendant—Appellant.**

No. 05–6998.

United States Court of Appeals, Fourth Circuit.

Submitted: April 27, 2006.

Decided: May 3, 2006.

---

Patrick Lamar Harris, Appellant Pro Se. Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick Lamar Harris appeals from the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence and denying his motion for reconsideration. Harris asserts that he is entitled to a reduction of sentence based on Amendment 591 to the U.S. Sentencing Guidelines. This Amendment requires a sentencing court to apply the offense guideline referenced in the Statutory Index in Appendix A based on the statute of conviction, rather than a defendant's actual conduct. *See U.S. Sentencing Guidelines Manual* App. C, Amend. 591 (2004); *United States v. Rivera,* 293 F.3d 584, 586–87 (2d Cir.2002). Because Harris was sentenced under the correct guideline for his convicted offenses, we affirm the orders of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*